UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Price,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Rash Curtis & Associates; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case Number 5:10-cv-04232-EJD<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based on the Stipulation of parties, the action is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall close this file.

**Dated:**  July 13, 2011

_____
Hon. Edward J. Davila
District Court Judge